PD-0587-15
COURT OF CRIMINAL APPEALS
AUSTIN, TEXAS
Transmitted 6/19/2015 10:31:58 AM
Accepted 6/19/2015 2:43:19 PM
ABEL ACOSTA
CLERK

**No. PD-0587-15**

IN THE COURT
OF CRIMINAL APPEALS OF TEXAS

| | | |
|---|---|---|
| ANDREW OLEVIA JONES | § | |
| | § | |
| vs. | § | Case No. 01-14-00501-CR |
| | § | |
| THE STATE OF TEXAS | § | |
| | § | |

**MOTION FOR LEAVE TO FILE PETITION
FOUR DAYS AFTER LAST DAY TO FILE PETITION**

TO THE HONORABLE JUSTICES OF THIS COURT:

Appellant Andrew Olevia Jones moves the Court for leave to file his Petition for

Discretionary Review on June 19, 2015; the Petition is being filed simultaneously with

this motion.

1. In cause number 01-14-00501-CR, the First Court of Appeals affirmed Mr. Jones's conviction on April 14, 2015. The deadline to file the petition for discretionary review was June 15, 2015. Rule 68.2(c) of the Texas Rules of Appellate Procedure provides that the Court may extend the time to file the petition if a motion to extend is filed no later than 15 days after the last day for filing the petition

2. Mr. Jones has made one previous request for extension.

In view of the foregoing, Mr. Jones moves the Court to permit him to file his petition

for discretionary review until and including June 19, 2015.

FILED IN
COURT OF CRIMINAL APPEALS

June 19, 2015

ABEL ACOSTA, CLERK

Respectfully submitted,

**Alexander Bunin**
Chief, Harris County Public Defender's Office


/s/ Melissa Martin

_____

Melissa Martin
Assistant Public Defender
1201 Franklin, 13th Floor
Houston, TX 77002
713/274-6709; Fax 713/437-4319
Email melissa.martin@pdo.hctx.net
Texas Bar # 24002532


## CERTIFICATE OF SERVICE


I certify that a copy of the foregoing Motion was e-served to Alan Curry, Assistant District Attorney, Harris County Texas and to the State Prosecuting Attorney.


/s/Melissa Martin

_____

MELISSA MARTIN